## CIRCUIT COURT OF FAIRFAX COUNTY

Caroline Beth Nelson

v.

Department of Welfare

December 18, 1980

Case No. (Chancery) 68018

By JUDGE THOMAS J. MIDDLETON

Upon consideration of the pleadings, the arguments of counsel and memoranda filed, it is the opinion of the Court that the Motion to Strike the Demurrer filed on behalf of the Petitioner should be denied and that the Demurrer filed on behalf of the Defendant should be sustained.

It appears to the Court that Section 9-6.14:20(ii) of the Administrative Process Act excludes from judicial review any agency action relating to grants of funds. Section 63.1-119 of Chapter 6, Public Aid and Assistance, Article 2, Grants of Assistance, seems to support this conclusion.